COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| IN RE XPO LOGISTICS FREIGHT, INC. AND SERGIO CALDERA, | § § § | No. 08-25-00187-CV |
| Relators. | § | AN ORIGINAL PROCEEDING |
|  | § | IN MANDAMUS |
|  | § |  |

## <u>MEMORANDUM OPINION</u>

On July 21, 2025, Relators XPO Logistics Freight, Inc. and Sergio Caldera filed a petition for writ of mandamus alleging that the Honorable Francisco X. Dominguez, Judge of the 205th District Court, abused his discretion by striking an expert witness and by ordering the same expert witness to produce certain personal financial information, and arguing that they have no adequate remedy on appeal. The same day, Relators also filed an emergency motion asking this Court to stay the trial court proceedings, which the record shows are already underway, and to stay the order compelling production of certain financial records of the expert witness.

Mandamus relief is an extraordinary remedy requiring the Relators to show both that (1) the trial court clearly abused its discretion, and (2) the Relators lack an adequate remedy by appeal. *In re Kappmeyer*, 668 S.W.3d 651, 654 (Tex. 2023) (orig. proceeding). After reviewing Relators' petition and associated records, Real Party in Interest Castro's response and associated records,

Relators' reply, and the state of the proceedings, we have determined that Relators have not met their burden to justify this extraordinary relief.[1] Accordingly, we deny the petition for writ of mandamus.[2]


LISA J. SOTO, Justice


July 22, 2025

Before Palafox and Soto, JJ., and Rodriguez, C.J. (Senior Judge)
Rodriguez, C.J. (Senior Judge), siting by assignment

---

[1] In so ruling, we express no opinion on the merits of the underlying disputes.

[2] We deny Relators' July 21, 2025 emergency motion as moot.